# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2020-0019, <u>In the Matter of Charles Porrier and BingBing Li</u>, the court on April 1, 2021, issued the following order:**

The motion filed by the respondent, BingBing Li, "to transfer the trial court recording of telephonic hearing on 03/12/21," is hereby denied. Having considered the briefs and record submitted on appeal, the court concludes that oral argument is unnecessary in this case, <u>see</u> <u>Sup. Ct. R.</u> 18(1), and that the appealing party, the respondent, has not established reversible error, <u>see</u> <u>Sup. Ct. R.</u> 25(8); <u>see also</u> <u>Gallo v. Traina</u>, 166 N.H. 737, 740 (2014).

<u>Affirmed</u>.

MacDonald, C.J., and Hicks, Bassett, Hantz Marconi, and Donovan, JJ., concurred.

**Timothy A. Gudas,**
**Clerk**